1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DMYTRO SELENTSOV | No. 2:25-cv-01910-RSL |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| JOSEPH B. EDLOW, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-765, Application for Employment Authorization. USCIS has adjudicated the Form I-765 and this case is now moot.

//
//
//
//

STIPULATED MOTION TO DISMISS - 1
No. 2:25-cv-01910-TLF

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Dated: December 8, 2025                    Respectfully submitted,

2                                              CHARLES NEIL FLOYD
                                               United States Attorney
3
                                                <u>s/Susan Kas</u>
4                                              SUSAN KAS, WSBA# 36592
                                               Assistant United States Attorney
5                                              United States Attorney's Office
                                               700 Stewart St. Suite 5220
6                                              Seattle, Washington 98101
                                               Phone:  206-553-4063
7                                              Email:  susan.kas@usdoj.gov
                                               *Attorneys for Defendants*
8
                                               *I certify that this memorandum contains 71 words, in*
9                                              *compliance with the Local Civil Rules.*

10                                             <u>s/ Amsale Aberra</u>
                                               AMSALE ABERRA WSBA#49084
11                                             14205 SE 36th St. Suite 100
                                               Bellevue, WA 98006
12                                             Phone: 206-734-7614
                                               Email: amsale@aberralaw.com
13                                             *Attorney for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 9th day of December, 2025.

_____
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO DISMISS - 3
No. 2:25-cv-01910-TLF

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970